**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Charles Isia CAGLE, Defendant-Appellant.**

**No. 71–1849**

**Summary Calendar.\***

United States Court of Appeals, Fifth Circuit.

Sept. 17, 1971.

Rehearing Denied Oct. 29, 1971.

Jack Gunter, Cornelia, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Robert L. Smith, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Appellant was convicted by a jury of possessing property intended for use in violation of 26 U.S.C. § 5686(a) (1967), to wit: One 480-gallon metal tank still, ten feet more or less of rubber hose, sixty-four more or less one-gallon plastic containers, and four more or less cases of yeast. The jury determined that this paraphernalia was intended for use in making illegal whiskey.

Cagle asserts on appeal that (1) the guilty verdict was not supported by the evidence; (2) the district court erred in refusing his request to personally cross-examine a witness already cross-examined by his attorney; (3) certain remarks made to the jury by the prosecutor constitute reversible error; and (4) the trial judge erred in sending the jury back for further deliberation when, after two and one-half hours of delibera-

* [1] Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

tion, the foreman reported that they were deadlocked.

After carefully reading the record, we find no merit in any of appellant's contentions.

Affirmed.